GREEN TACO
3812 PIERCE ST., SUITE J
RIVERIDE CA 92503

Defendant In Pro Per

FILED

2018 OCT 11 PM 2:04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TACO, business form unknown;<br>HYUNG SUNG INVESTMENT<br>PROPERTIES, LLC, a California Limited<br>Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: EDCV 18-1855-KK<br><br>**DEFENDANT GREEN TACO'S ANSWER TO COMPLAINT** |

  Defendant GREEN TACO (herein after "Defendant") hereby Answers Plaintiff's Complaint as follows:

A. Defendant **denies** each and every allegation in the Complaint except those specifically admitted in this Answer.

B. Defendant **admits only parts** of paragraph 12 as it relates to "the Business". Defendant does not know or have enough information to form a belief as to whether "the Property" is a facility open to the public.

C. Defendant **does not know** or have enough information to form a belief as to whether the allegations in the following paragraphs are true: Paragraphs 1 through 4; Paragraphs 7

through 11; Paragraphs 15 through 23; Paragraph 25; Paragraphs 30 through 34; and Paragraph 36.

### REQUEST FOR RELIEF

WHEREFORE, the Defendant requests:

1. Dismissal of the Plaintiff's action with prejudice;
2. An order that Plaintiff shall take no relief from the complaint;
3. The costs of suit incurred herein;
4. Such further relief the Court deems fair and just.

Dated: October 10, 2018

*Juan Jimenez*

Juan Jimenez for GREEN TACO, Defendant in Pro Per

1 | 3812 PIERCE ST., SUITE J
2 | RIVERIDE CA 92503

3 | Defendant In Pro Per

              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD, an individual | ) Case No.: EDCV 18-1855-KK |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE BY MAIL** |
| GREEN TACO, business form unknown; HYUNG SUNG INVESTMENT PROPERTIES, LLC, a California Limited Liability Company; and DOES 1-10, inclusive, | ) |
| Defendants. | ) |

I, Juan Gonzalez, declare as follows:

My address is 17341 Irvine Blvd., Tustin CA, 92780, which is located in the county of Orange, where the mailing described below took place.

On October 10, 2018, I served the documents described as:

DEFENDANT'S ANSWER

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Tustin, California:

Certificate of Mailing

| | |
|---|---|
| 1 | Manning Law, APC |
| 2 | 4667 MacArthur Blvd., Suite 150 |
| 3 | Newport Beach, CA 92660 |
| 4 | |
| 5 | I declare under penalty of perjury that the foregoing is true and correct. Executed on |
| 6 | October 10, 2018 at Tustin, California. |
| 7 | |
| 8 | _____ |
| 9 | Juan Gonzalez |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |